TV: USAO#2009R00872

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2009 DEC -1  P 1:22

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. JFM-09-0619 |
| v. | : | (Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)) |
| GERALD GARDNER | : | |

.oOo.

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland further charges that:

On or about July 18, 2009, in the District of Maryland, the Defendant,

**GERALD GARDNER**,

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)

_Rod Rosenstein /tv_
Rod J. Rosenstein
United States Attorney

**SIGNATURE REDACTED**

Foreperson

12-1-2009
Date