IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO. JFM-09-0619 |
| | : | |
| GERALD GARDNER | : | |
| | : | |
| Defendant | : | |

...oooOooo...

## NOTICE OF APPEAL

Notice is hereby given that the Defendant in the above-captioned matter hereby appeals to the United States Court of Appeals for the Fourth Circuit from the trial court's denial of his Motion to Suppress. The Defendant is filing this Notice of Appeal Pro Se and is **indigent**.

_____
MELISSA PHINN
10 North Calvert Street, Ste. 142
Baltimore, Md.   21202
(410) 244-0850

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was mailed, postage pre-paid, on April \_\_\_\_\_,2010 to:Thiruvendran Vignarajah, Assistant United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

_____
MELISSA PHINN